

**FILED**

*8:45 am, 4/3/13*
**Stephan Harris**
**Clerk of Court**

Harriet M. Hageman (5-2656)
Stacia Berry (7-5001)
Hageman Law P.C.
222 East 21st Street
Cheyenne, Wyoming  82001
Telephone:    (307) 635-4888
Facsimile:    (307) 635-7581
hhageman@hagemanlaw.com
sberry@hagemanlaw.com
Attorneys for Accelerated Receivables Solutions, Inc.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF WYOMING

* * * * *

| | | |
|---|---|---|
| GEORGE JAMES and KELLY JAMES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 13-CV-56-B |
| | ) | |
| ACCELERATED RECEIVABLES | ) | |
| SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING
ACCELERATED RECEIVABLES SOLUTIONS, INC.' MOTION
FOR EXTENSION OF TIME WITHIN WHICH TO FILE ANSWER
OR MOTION TO DISMISS COMPLAINT

Named Defendant Accelerated Receivables Solutions, Inc., (ARS) has filed a motion,

pursuant to U.S.D.C.L.R 6.1, for an extension of the date by which it must file an answer or

move to dismiss the Complaint, seeking up to and including April 24, 2013 in which to file such responsive pleadings.    The Court BEING OTHERWISE ADVISED IN THE PREMISES, HEREBY RULES AS FOLLOWS:

1.      ARS has shown good cause and serious circumstances for the relief requested.

2.      The deadline for ARS to file an answer and/or move to dismiss the Complaint shall be extended up to and including April 24, 2013.

DATED thi Thunsdateday of April , 2013.

_____

District Court Judge

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on the 2nd day of April, 2013, a true and correct copy of the foregoing proposed ORDER GRANTING ACCELERATED RECEIVABLES SOLUTIONS, INC.' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE ANSWER OR MOTION TO DISMISS COMPLAINT, was served upon the following:

Kelly James       [X] U.S. Mail, Postage Prepaid
3422 Cribbon Avenue    [  ] Hand Delivery
Cheyenne, Wyoming 82001  [  ] Federal Express
kj_james71@yahoo.com   [  ] Facsimile: _____
            [X] Other:   Court's ECF System_____


George James      [X] U.S. Mail, Postage Prepaid
3422 Cribbon Avenue    [  ] Hand Delivery
Cheyenne, Wyoming 82001  [  ] Federal Express
gjames1@gmail.com    [  ] Facsimile: _____
            [X] Other:   Court's ECF System_____


           _____/s/_____
           Harriet M. Hageman