AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 13-CV-56-B

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2013 APR 3 AM 8 21
STEPHAN HARRIS, CLERK
CHEYENNE

This summons for *(name of individual and title, if any)* Accelerated Receivables Solutions, Inc.
was received by me on *(date)* 03/14/2013 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Served via Certified Mail Return Receipt Requested at: ARS, P.O. Box 70, Scottsbluff, NE 69363 on March 18, 2013.

My fees are $ _____ for travel and $ 8.25 for services, for a total of $ 8.25 .

I declare under penalty of perjury that this information is true.

Date: 03/18/2013

*Server's signature*

George James
*Printed name and title*

3422 Cribbon Ave Cheyenne 82001
*Server's address*

Additional information regarding attempted service, etc:

Served pursuant to W.S. 17-28-104(b)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Colleen E Sterkel_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _Colleen E Sterkel_  C. Date of Delivery _3-18-13_ |
| 1. Article Addressed to:<br><br>ARS<br>PO BX 70<br>Scb 69363 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7011 0470 0003 6223 9551 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

English   Customer Service   USPS Mobile                                                                 Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

Quick Tools          Ship a Package       Send Mail        Manage Your Mail      Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
|  | First-Class Mail® | Delivered | March 18, 2013, 10:25 am | SCOTTSBLUFF, NE 69361 | Expected Delivery By: March 18, 2013<br>Certified Mail™<br>Return Receipt |
|  |  | Depart USPS Sort Facility | March 18, 2013 | NORTH PLATTE, NE 69101 |  |
|  |  | Processed at USPS Origin Sort Facility | March 18, 2013, 1:20 am | NORTH PLATTE, NE 69101 |  |
|  |  | Dispatched to Sort Facility | March 14, 2013, 2:49 pm | CHEYENNE, WY 82001 |  |
|  |  | Acceptance | March 14, 2013, 8:14 am | CHEYENNE, WY 82001 |  |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›