FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 APR 24   AM 11 00

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

GEORGE JAMES and KELLY JAMES,

Plaintiff,

vs.

ACCELERATED RECEIVABLES
SOLUTIONS, INC.,

Defendant.

Case No. 2:13-CV-00056-CAB

---

## ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE

This matter comes before the Court upon the Stipulation for Dismissal with Prejudice of Plaintiffs' claims against Defendant. Doc. 7. In accordance with that Stipulation, it is hereby

ORDERED that Plaintiffs' Complaint [Doc. 1], and the claims therein, are DISMISSED with prejudice, pursuant to Fed.R.Civ.P.41(a), with each party to pay their own costs and attorney fees.

Dated this ___24___ day of April, 2013.

Alan B. Johnson
United States District Judge